## SHELL OIL CO. *v.* DARTT

No. 76-678. Argued November 7, 1977—Decided November 29, 1977

*Mary T. Matthies* argued the cause for petitioner. With her on the briefs was *Brynn F. Aurelius.*

*Jefferson G. Greer* argued the cause and filed a brief for respondent.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.

---

*Jay S. Siegel, Frank C. Morris, Jr., Robert E. Williams,* and *Douglas S. McDowell* filed a brief for the Equal Employment Advisory Council as *amicus curiae* urging reversal.